UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR BANC OF
AMERICA FUNDING 2009-FT1 TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2009-FT1,

    Plaintiff

v.                                              CASE No. _____

CARLETON N. BONOLLO, JOANNE
M. BONOLLO f/k/a JOANNE
MARIE SALISBURY and CITIZENS
BANK, NATIONAL ASSOCIATION,

    Defendants
_____/

## CORPORATE DISCLOSURE STATEMENT OF U.S. BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, U.S. Bank, National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1, hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

    1.    U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, Inc.

    2.    No publicly held company owns more than ten percent (10%) or more of U.S. Bancorp, Inc.'s stock.

[Signature on Next Page]

Dated: May 11, 2017

Respectfully Submitted,

U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1,
By its Attorney,

/s/ Catherine V. Eastwood
Catherine V. Eastwood, Esq., RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 249)
ceastwood@kordeassociates.com