UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR BANK OF AMERICAN FUNDING 2009-FT1
TRUST, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2009-FT1

        VS.        C.A. NO.: 17-CV-00203-S-PAS

CARLETON N. BONOLLO
JOANNE M. BONOLLO

## MOTION TO EXTEND TIME

Defendants, by his attorney, moves for an extension of time to answer or otherwise respond to the Amended Complaint in this matter to November 8, 2017. The Defendants need additional time to respond due to recent information provided to their attorney.

        CARLTON BONOLLO
        JOANNE BONOLLO
        By their attorney

November 1, 2017        /s/ John B. Ennis
        John B. Ennis, Esq. #2135
        1200 Reservoir Avenue
        Cranston, RI 02920
        401-943-9230
        jbelaw75@gmail.com

## CERTIFICATION

    I hereby certify that I emailed a copy of the above Motion for Extension of Time to the following electronically, on this 1st day of November, 2017 to Catherine Eastwood, Walter Porr and Ryan Hurley:

                                                /s/ John B. Ennis